

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHROME HEARTS LLC, | ) | |
| | ) | Case No. 17-cv-04536 |
| Plaintiff, | ) | |
| | ) | Judge Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| YANG YUAN DONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Chrome Hearts having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Chrome Hearts, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Chrome Hearts having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the CHROME HEARTS Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,665,791 | CHROME HEARTS | For: jewelry, belt buckles made of precious metal, key rings made of precious metal, cufflinks, tie fasteners made of precious metal, brooches, necklaces and earrings in class 014; For: garment bags for travel, tote bags, shoulder bags, purses and luggage in class 018; For: clothing; namely, shirts, trousers, jackets, vests, chaps, men's and women's underwear, coats, clothing belts, gloves and boots in class 025; For: belt buckles not of precious metal and tie fasteners not of precious metal in class 026. |
| 2,118,026 |  | For: leather bags, namely, handbags, back packs, tote bags, shoulder bags, wallets and luggage in class 018; For: men's and women's clothing, namely, pants, shirts, tee shirts, sweaters, jackets, vests, chaps, skirts, belts, underwear, gloves, shoes and boots in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 2,192,539 | CHROME HEARTS | For: retail store services in the field of general merchandise in class 042. |
| 2,214,641 |  | For: clothing, namely, shirts, tee shirts, pants, jeans, leather jackets, leather vests, leather pants, chaps, coats, gloves, men's and women's underwear, clothing belt and footwear; namely, boots in class 025. |
| 2,214,642 |  | For: bags; namely, shoulder bags, wallets, tote bags, handbags, garment bags and luggage in class 018. |
| 2,216,570 |  | For: jewelry made wholly or in part of precious metal; namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners in class 014. |
| 2,216,575 |  | For: clothing; namely, tee shirts, shirts, tank tops, pants, chaps, jeans, sweaters and jackets in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 2,284,625 |  | For: jewelry made wholly or in part of precious metals; namely, bracelets, necklaces, rings, pendants, earrings, key rings, brooches, lapel pins, cuff links, watches and belt buckles made wholly or in part of precious metals in class 014. |
| 2,307,126 |  | For: jewelry made wholly or in part of precious metal, namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners in class 014. |
| 2,350,742 |  | For: eyewear; namely, eyeglasses, sunglasses and their cases in class 009. |
| 2,375,507 |  | For: bags; namely, handbags, shoulder bags, backpacks, tote bags, wallets and luggage in class 018. |
| 2,408,082 |  | For: men's and women's clothing; namely, jeans, leather pants, skirts, jackets, chaps, sweaters, vests tee-shirts and shirts in class 025. |
| 2,538,565 |  | For: eyewear; namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 2,954,539 |  | For: jewelry, namely, bracelets, necklaces, rings, earrings, pendants, cuff links and watch bracelets in class 014. |
| 3,061,598 |  | For: retail store services in the field of general merchandise in class 035. |
| 3,267,866 |  | For: clothing, namely, tee shirts, shirts, jackets, tank tops, sweaters, hats and sweatshirts in class 025. |
| 3,365,408 |  | For: retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen, and toys in class 035. |
| 3,385,415 |  | For: jewelry, namely, bracelets, necklaces, key rings made of precious metals, rings, pendants, watch bracelets in class 014. |
| 3,385,416 |  | For: clothing, namely, tee shirts, shirts, sweaters, tank tops, sweatshirts, hats and pants in class 025. |
| 3,385,439 |  | For: clothing, namely, tee shirts, shirts, sweatshirts and hats in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,385,449 |  | For jewelry, namely, bracelets, rings, watch bands, necklaces, and lighters made of precious metals in class 014. |
| 3,388,911 |  | For clothing, namely, tee shirts, shirts, tank tops, sweatshirts, sweat pants, sweaters, and hats in class 025. |
| 3,388,912 |  | For: clothing, namely, tee shirts, shirts, sweatshirts, tank tops and hats in class 025. |
| 3,388,913 |  | For: clothing, namely, tee shirts, shirts, tank tops and sweatshirts in class 025. |
| 3,388,920 |  | For: clothing, namely, tee shirts, shirts, sweatshirts, jackets and pants in class 025. |
| 3,605,854 |  | For: bags, namely, handbags, shoulder bags, clutches, tote bags, wallets, back packs and luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,605,860 |  | For: jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals in class 014. |
| 3,605,968 |  | For: men's and women's clothing, namely, pants, jeans and chaps in class 025. |
| 3,606,059 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats and hats in class 025. |
| 3,637,806 |  | For: bags, namely, handbags, shoulder bags, back packs, messenger bags, clutches, wallets and luggage in class 018. |
| 3,657,370 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets, garment bags and luggage in class 018. |
| 3,657,375 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets, garment bags and luggage in class 018. |
| 3,658,047 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,728,356 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,728,357 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,728,359 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,731,397 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,731,400 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,731,401 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,731,402 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,731,403 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,743,975 |  | For: bags, namely, handbags, shoulder bags, back packs, tote bags, wallets and luggage in class 018. |
| 3,770,379 |  | For: eyewear; namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,784,392 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 3,828,365 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweaters, jackets, lingerie and hats in class 025. |
| 3,831,922 |  | For: bags, namely, hand bags, shoulder bags, messenger bags, back packs, duffle bags, clutches, evening bags, wallets and luggage in class 018. |
| 3,873,570 |  | For: belt buckles for clothing in class 026. |
| 3,873,571 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, vests, jackets, coats, pants, jeans and hats in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,877,137 |  | For: clothing; namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, coats, jackets, hats, socks, underwear and footwear in class 025. |
| 3,882,533 |  | For: jewelry, namely, rings, earrings, pendants, necklaces, bracelets, dog tags for wear by humans for decorative purposes, and cuff links in class 014. |
| 3,894,026 |  | For: jewelry, namely, rings, earrings, pendants, cuff bracelets, bracelets, necklaces, cuff links, watch bracelets, brooches and dog tags for wear by humans for decorative purposes in class 014. |
| 3,937,133 |  | For: jewelry; namely, rings, earrings, necklaces, bracelets, pendants, cuff links, dog tags for wear by humans for decorative purposes and watch bracelets in class 014. |
| 4,439,515 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, pendants, cuff links, cuff bracelets, key rings made of precious metals and watch bracelets in class 014. |
| 4,494,781 |  | For: bags, namely, shoulder bags, handbags, messenger bags, back packs, clutches, evening bags, wallets, duffel bags, luggage in class 018. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,494,782 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, tie fasteners, cuff links, watch bracelets in class 014. |
| 4,494,838 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, tie fasteners, brooches, pendants, cuff links, key rings made of precious metals and watch bracelets in class 014. |
| 4,494,841 |  | For: jewelry, namely, rings, earring, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals tie fasteners and watch bracelets in class 014. |
| 4,494,842 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, pendants, cuff links, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 4,494,843 |  | For: clothing, namely, shirts, tee shirts, tank tops, sweaters, sweat shirts, sweat pants, dresses, skirts, jackets, coats, jeans, vests, leather pants, chaps, swimwear, underwear, hats and footwear in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,494,945 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, vests, dresses, skirts, jackets, coats, jeans leather pants, chaps, undergarments, swimwear, hats and footwear in class 025. |
| 4,494,946 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, cuff bracelets, cuff links, brooches, pendants, key rings made of precious metals, tie fasteners and watch bracelets in class 014. |
| 4,497,539 |  | For: eyewear, namely, sunglasses, eyeglasses and their cases in class 009. |
| 4,497,576 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, dresses, vests, jackets, coats, swimwear, underwear, hats and footwear in class 025. |
| 4,501,509 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, vests, sweaters, sweat pants, jeans, leather pants, chaps, skirts, dresses, jackets coats, swimwear, hats, undergarments and foot wear in class 025. |
| 4,501,511 |  | For: retail store services in the fields of general merchandise, namely, clothing, jewelry, handbags, eyewear, toys, furniture and household products in class 035. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,501,775 |  | For: retail store services in the field of general merchandise, namely, clothing, clothing accessories, jewelry, handbags, fragrances, personal leather goods, luggage, toys, and smoking articles in class 035. |
| 4,504,948 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, pendants, brooches, cuff links, tie fasteners, key rings made of precious metals and watch bracelets in class 014. |
| 4,510,020 |  | For: jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, cuff links, key rings, watch bracelets and tie fasteners in class 014. |
| 4,510,021 |  | For: clothing, namely, shirts, tee shirts, tank tops, sweaters, vests, sweat shirts, sweat pants, jeans, leather pants, chaps, skirts, jackets, dresses, undergarments, hats, swimwear and footwear in class 025. |
| 4,510,022 |  | For: bags, namely, handbags, shoulder bags, messenger bags, clutches, evening bags, tote bags, duffel bags, wallets and luggage in class 018. |
| 4,510,024 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, vests, jackets, jeans, leather pants, dresses, skirts, swimwear, undergarments, hats and footwear in class 025. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,510,061 | ✠ CHROME HEARTS ✠ | For: jewelry, namely, earrings, rings, bracelets, cuff bracelets, necklaces, pendants, brooches, cuff links, tie fasteners and watch bracelets, key rings of precious metals in class 014. |
| 4,616,169 |  | For: eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases in class 009. |
| 4,619,672 |  | For: jewelry, namely, rings, earrings, bracelets, necklaces, pendants, cuff links, cuff bracelets, tie fasteners, key rings made of precious metals, watch bracelets and brooches in class 014. |
| 4,619,673 |  | For: bags, namely, handbags, shoulder bags, back packs, messenger bags, clutches, duffle bags, evening bags, wallets and luggage in class 018. |
| 4,619,674 |  | For: clothing, namely, tee shirts, shirts, tank tops, sweat shirts, sweat pants, vests, sweaters, jeans, pants, chaps, dresses, skirts, jackets, coats, underwear, swimwear, hats, socks and footwear in class 025. |
| 4,619,675 |  | For: Smoking articles, namely, cigarette lighters, cases and holders not of precious metals, tobacco pouches, cigar cutters and humidors in class 034. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,643,872 |  | For: bags, namely, shoulder bags, wallets, tote bags, handbags, evening bags, clutches, messenger bags, back packs, duffle bags, garment bags for travel and luggage in class 018. |
| 4,643,894 |  | For: eyewear, namely, eyeglasses and sunglasses; component parts for all of the aforesaid goods; and cases for eyeglasses and sunglasses in class 009. |
| 4,658,582 |  | For: phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases in class 009. |
| 4,648,016 |  | For: phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases in class 009. |
| 4,783,129 |  | For: paper goods, namely, post cards, stationery, tissue paper, gift boxes and printed matter, namely, magazines featuring information about fashion in class 016. |
| 4,809,639 |  | For: paper goods, namely, post cards, stationery, tissue paper, gift boxes and printed matter, namely, magazines featuring information about fashion in class 016. |
| 5,186,592 |  | For: eyewear, namely, eyeglasses, sunglasses, their parts and cases; phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | charms for phones, tablet cases and laptop cases; pre-recorded CDs and DVDs in the field of music in class 009. |
| 5,186,624 | | For: belt buckles; belt buckles for clothing; zipper pulls; clothing accessories, namely, charms for attachment to zipper pulls and buttons in class 026. |
| 5,186,676 | CHROME HEARTS | For: incense holders in the nature of incense burners in class 021. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating any of the CHROME HEARTS Trademarks, and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the CHROME HEARTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution,

marketing, advertising, offering for sale, or sale of any product that is not a genuine Chrome Hearts Product or not authorized by Chrome Hearts to be sold in connection with the CHROME HEARTS Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Chrome Hearts Product or any other product produced by Chrome Hearts, that is not Chrome Hearts' or not produced under the authorization, control or supervision of Chrome Hearts and approved by Chrome Hearts for sale under the CHROME HEARTS Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Chrome Hearts, or are sponsored by, approved by, or otherwise connected with Chrome Hearts;

d. further infringing the CHROME HEARTS Trademarks and damaging Chrome Hearts' goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Chrome Hearts, nor authorized by Chrome Hearts to be sold or offered for sale, and which bear any of Chrome Hearts' trademarks, including the CHROME HEARTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public

Interest Registry, within three (3) business days of receipt of this Order, shall, at Chrome Hearts' choosing:

    a.  permanently transfer the Defendant Domain Names to Chrome Hearts' control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Chrome Hearts' selection; or

    b.  disable the Defendant Domain Names and make them inactive and untransferable.

3.     The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Chrome Hearts' selection.

4.     Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a.   disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the CHROME HEARTS Trademarks;

    b.   disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CHROME HEARTS Trademarks; and

    c.   take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5.    Pursuant to 15 U.S.C. § 1117(c)(2), Chrome Hearts is awarded statutory damages from each of the Defaulting Defendants in the amount of one million dollars ($1,000,000) for willful use of counterfeit CHROME HEARTS Trademarks on products sold through at least the Defendant Internet Stores. The one million dollar ($1,000,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6.    PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Chrome Hearts as partial payment of the above-identified damages, and PayPal is ordered to release to Chrome Hearts the

amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8. Until Chrome Hearts has recovered full payment of monies owed to it by any Defaulting Defendant, Chrome Hearts shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal shall within two (2) business days:

   a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Mario Lejtman, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies restrained in Defaulting Defendants' PayPal accounts to Chrome Hearts as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Chrome Hearts identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Chrome Hearts may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Mario Lejtman and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) cash bond posted by Chrome Hearts, including any
interest minus the registry fee, is hereby released to Chrome Hearts or its counsel, Greer
Burns & Crain, Ltd.  The Clerk of the Court is directed to return the cash bond previously
deposited with the Clerk of the Court to Chrome Hearts or its counsel by check made out
to the Greer Burns & Crain IOLTA account.

This is a Final Judgment.

DATED:  August 2, 2017

Andrea R. Wood
United States District Judge

Chrome Hearts LLC v. YANG YUAN DONG, et al.
Case No. 17-cv-04536

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | yang yuan dong | 2 | Zan Lan |
| 3 | You Ying Shan | 4 | Yang Xi Yi |
| 5 | xie xiao dong | 6 | X YM |
| 7 | VirgilBeene | 8 | Registrant of feng-sun.com |
| 9 | rabob faride | 10 | peter messer |
| 11 | oikx okx | 12 | meng kongqin |
| 13 | lonwu danie | 14 | Lily Licea |
| 15 | li dong sheng | 16 | Lane Darrell |
| 17 | Joshua Wren | 18 | Ieva Vaitkevice |
| 19 | Ian Harrison | 20 | Hu Yu |
| 21 | hu kerong | 22 | Hu Dejun |
| 23 | Hellstrom Elliot | 24 | Hai Na Chen |
| 25 | Faecher Marc | 26 | Elsener Amanda |
| 27 | chrolovesme.net | 28 | cconnell danielm |
| 29 | Barry Briggs | 30 | ARIAS ANA |
| 31 | amaral michael | 32 | Alan Bonini |
| 33 | airshoesforever.net | 34 | 7perfectbags.com |
| 35 | 2011qdzyl090429 | 36 | DISMISSED |
| 37 | 667motosports | 38 | ApproachingNature Store |
| 39 | Bai Li Store | 40 | Benson Synthetic Material Store |
| 41 | DISMISSED | 42 | blueice.shop |
| 43 | bystarshop | 44 | Cn1004347788 |
| 45 | comelyjewel_au | 46 | DISMISSED |
| 47 | DISMISSED | 48 | dayday simple e shop |
| 49 | Deren Life | 50 | dreaxy_store |
| 51 | DISMISSED | 52 | ESNBIE High Quality Bag Store |
| 53 | fabulousdeal | 54 | fashion-topstore2016 |
| 55 | FCTOSSR Store | 56 | free-77 |
| 57 | GEORAY JEWELRY Store | 58 | HAOMOU Official Store |
| 59 | happy.beauty | 60 | happybao168 |
| 61 | homedeliveryonline | 62 | DISMISSED |
| 63 | httbt-00 | 64 | DISMISSED |
| 65 | JiangYuanGemstone Store | 66 | jingyuyw3 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | kinei Retro Store | 68 | Lailina Jewelry Co., Ltd |
| 69 | lengxue | 70 | letsmotorsports |
| 71 | DISMISSED | 72 | DISMISSED |
| 73 | little_loretta | 74 | DISMISSED |
| 75 | M Household Products | 76 | DISMISSED |
| 77 | DISMISSED | 78 | magnetic_27_zone |
| 79 | MMI business Store | 80 | newday_2016 |
| 81 | DISMISSED | 82 | DISMISSED |
| 83 | DISMISSED | 84 | qianer-store |
| 85 | qingorange | 86 | rccg7119 |
| 87 | Refitting accessories professional car club Store | 88 | Rhinestone Mobile phone case monopoly |
| 89 | romano-cycle | 90 | SEENCON Beautys Nail Store |
| 91 | shbflying | 92 | Shenzhen Ronder Technology Co., Ltd. |
| 93 | sk112300 | 94 | Small Items for DIY  Cool Stuff |
| 95 | Smile Queen Store | 96 | srku9961 |
| 97 | super_seller0930 | 98 | Tim Milyar Store |
| 99 | timeleather | 100 | TongYu Store |
| 101 | VIIDOO | 102 | wingpui12012 |
| 103 | Woman Wang fashion jewelry shops | 104 | wy201600 |
| 105 | xinxinjewelry1988 | 106 | xinyangyang Rain shoe covers |
| 107 | XNY MALL | 108 | yan-129 |
| 109 | Yan's 3C Store | 110 | Yiwu Cute Jewelry Co., Ltd. |
| 111 | ZABRA silver | 112 | zm6862 |
| 113 | ZSE JEWELRY Online Store | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/2011qdzyl090429 | 2 | ebay.com/usr/2015hiworld |
| 3 | ebay.com/usr/667motosports | 4 | myzlqjzr.aliexpress.com/store/2060085 |
| 5 | aliexpress.com/store/2710014 | 6 | aliexpress.com/store/2337209 |
| 7 | DISMISSED | 8 | ebay.com/usr/blueice.shop |
| 9 | ebay.com/usr/bystarshop | 10 | dhgate.com/store/20492217 |
| 11 | ebay.com/usr/comelyjewel_au | 12 | DISMISSED |
| 13 | DISMISSED | 14 | aliexpress.com/store/1851184 |
| 15 | aliexpress.com/store/1006131 | 16 | ebay.com/usr/dreaxy_store |
| 17 | DISMISSED | 18 | aliexpress.com/store/2177106 |
| 19 | ebay.com/usr/fabulousdeal | 20 | ebay.com/usr/fashion-topstore2016 |
| 21 | aliexpress.com/store/2228146 | 22 | ebay.com/usr/free-77 |
| 23 | aliexpress.com/store/2405066 | 24 | aliexpress.com/store/2779028 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 25 | ebay.com/usr/happy.beauty | 26 | ebay.com/usr/happybao168 |
| 27 | ebay.com/usr/homedeliveryonline | 28 | DISMISSED |
| 29 | ebay.com/usr/httbt-00 | 30 | DISMISSED |
| 31 | aliexpress.com/store/1832243 | 32 | ebay.com/usr/jingyuyw3 |
| 33 | aliexpress.com/store/2852098 | 34 | aliexpress.com/store/806211 |
| 35 | ebay.com/usr/lengxue | 36 | ebay.com/usr/letsmotorsports |
| 37 | DISMISSED | 38 | DISMISSED |
| 39 | ebay.com/usr/little_loretta | 40 | DISMISSED |
| 41 | aliexpress.com/store/1804675 | 42 | DISMISSED |
| 43 | DISMISSED | 44 | ebay.com/usr/magnetic_27_zone |
| 45 | aliexpress.com/store/2922055 | 46 | ebay.com/usr/newday_2016 |
| 47 | DISMISSED | 48 | DISMISSED |
| 49 | DISMISSED | 50 | ebay.com/usr/qianer-store |
| 51 | ebay.com/usr/qingorange | 52 | ebay.com/usr/rccg7119 |
| 53 | aliexpress.com/store/2686023 | 54 | phonecase-110.aliexpress.com/store/1261187 |
| 55 | ebay.com/usr/romano-cycle | 56 | aliexpress.com/store/1455460 |
| 57 | ebay.com/usr/shbflying | 58 | rondertech.en.alibaba.com |
| 59 | ebay.com/usr/sk112300 | 60 | aliexpress.com/store/224982 |
| 61 | aliexpress.com/store/327270 | 62 | ebay.com/usr/srku9961 |
| 63 | ebay.com/usr/super_seller0930 | 64 | aliexpress.com/store/1479081 |
| 65 | ebay.com/usr/timeleather | 66 | aliexpress.com/store/1097347 |
| 67 | aliexpress.com/store/639955 | 68 | ebay.com/usr/wingpui12012 |
| 69 | aliexpress.com/store/1178239 | 70 | ebay.com/usr/wy201600 |
| 71 | ebay.com/usr/xinxinjewelry1988 | 72 | aliexpress.com/store/608606 |
| 73 | aliexpress.com/store/1760184 | 74 | ebay.com/usr/yan-129 |
| 75 | aliexpress.com/store/2666208 | 76 | cutejewelryskull.aliexpress.com/store/1684217 |
| 77 | aliexpress.com/store/626193 | 78 | ebay.com/usr/zm6862 |
| 79 | zsejewelrychina.aliexpress.com/store/1239319 | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | chrome-hearts.in.net | 2 | chromeheartsonlinestore.us.com |
| 3 | cheapclothingshoponline.com | 4 | bevbellydance.co.uk |
| 5 | lincolnshire-live.co.uk | 6 | 7perfectbags.com |
| 7 | chrolovesme.net | 8 | chrome-heartsoutlet.us.com |
| 9 | chromeheartsoutlets.us.com | 10 | jnsfs.com |
| 11 | chromeheartsoutletonline.com | 12 | basamesstore.com |

| No. | Defendant Domain Name |
|-----|------------------------|
| 13 | clothingchromehearts.com |
| 15 | mumsandlittleones.co.uk |
| 17 | chromeheartsstore.us |
| 19 | chvusa.com |
| 21 | alice-lloyd.co.uk |
| 23 | snapbackshats-outletsale.com |
| 25 | cheapnewhats.net |
| 27 | chonlines.com |
| 29 | lunanza.co.uk |
| 31 | chrome-heart.us.com |
| 33 | chrome-hearts-store.com |
| 35 | chromeheartsbrand.com |
| 37 | bosanskirjecnik.info |

| No. | Defendant Domain Name |
|-----|------------------------|
| 14 | 2016nbacappellivendita.xyz |
| 16 | chonlineshop.com |
| 18 | chrome-hearts.us.com |
| 20 | chromeheartsol.com |
| 22 | algerie-mobiles.com |
| 24 | snapbacktop.com |
| 26 | airshoesforever.net |
| 28 | sportsjerseysen.com |
| 30 | feng-sun.com |
| 32 | gzdeal.com |
| 34 | achatgroupe.info |
| 36 | 58750.info |
| | |